IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT JEFFERSON,

        Plaintiff,

v.                                                                                                          4:11cv48-WS

JAY FLOYD, DANICA POLLOCK,
and AMBER VARGAS,

        Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed February 9, 2011.  See Doc. 5.  The magistrate judge recommends that the plaintiff's complaint and this case be dismissed as an abuse of the judicial process.  The plaintiff has filed no objections to the magistrate judge's report and recommendation.

    This court having considered the record, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

    2.  The plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is DENIED pursuant to 28 U.S.C. § 1915(g) because he has had more than three "strikes" under 28 U.S.C. § 1915(e).

    3.  The plaintiff's complaint and this action are DISMISSED as an abuse of the

judicial process.

    3.  The clerk shall enter judgment accordingly and shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and as barred by § 1915(g).

    DONE AND ORDERED this <u>  30th  </u> day of <u>  March  </u>, 2011.


                    <u>s/ William Stafford</u>
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE